UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEBRA MICKENS** ) | | CIVIL ACTION |
|     Plaintiff ) | | |
| ) | | |
| **VERSUS** ) | | NUMBER: |
| ) | | |
| **MORAN FOOD, LLC d/b/a/** ) | | |
| **SAVE-A-LOT, LTD.** ) | | SECTION: |
|     Defendant ) | | MAG. DIV. |
| ) | | |
| ) | | JURY TRIAL |
| ) | | |

**COMPLAINT AND JURY DEMAND**

**NOW INTO COURT** comes plaintiff, DEBRA MICKENS, appearing through undersigned counsel, and respectfully represents:

**I. JURISDICTION**

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. 1331, 2202 and the Age Discrimination in Employment Act, 29 U.S.C. 621, et seq; Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) on or about September 18, 2015, contending that she was wrongfully passed up for a promotion five (5) times due to her age. A Notice of Right to Sue letter, dated August 18, 2016, was received by her on or about August 23, 2016. This lawsuit is filed within ninety (90) days of receipt of said letter.

2.  Supplemental jurisdiction is invoked as to those matters cognizable pursuant to the

Constitution and laws of the State of Louisiana.

## II. PARTIES

3.      Plaintiff herein is DEBRA MICKENS, a person of all age of majority and domiciled in the Parish of Orleans, State of Louisiana. Plaintiff has been employed with defendant MORAN FOOD, LLC, since July of 2009, most recently in the capacity as a shift leader.

4.      Defendant herein is MORAN FOOD, LLC, a foreign corporation with its principal place of business located at 100 Corporate Office Dr., Earth City, MO, 63045. It is an employer within the meaning of 42 U.S.C. 2000e(b). At all times relevant hereto, it was employer of Plaintiff.

## III. FACTS

5.      Plaintiff is a fifty-eight (58) year old African-American female who has been employed with defendant, MORAN FOOD, LLC since July of 2009. Plaintiff currently holds the position of shift leader.

6.      Plaintiff has applied five (5) times for the promotional position of assistant manager since her employment; most recently applying in May of 2016. During the Plaintiff last application, the Defendant was looking for three (3) assistant managers and the Plaintiff was not promoted to any of the positions.

7.      Plaintiff is qualified for the promotional assistant manager position as she currently does the duties of an assistant manager being a shift leader.

8.      The five (5) promotional positions that Plaintiff applied to was given to less qualified employees under 40 years of age and with less experience as Plaintiff.

9.      Plaintiff performed her duties admirably, as reflected by her performance evaluation.Yet, Plaintiff being an older employee and more experienced was wrongfully passed up on a

promotional on multiple occasions from her first promotional application in May of 2015 to her last application in May 2016 based solely on her age.

10. The employees that were hired in place of Plaintiff were substantially less experienced and younger than the Plaintiff.

11. As a result of Defendant's unlawful actions, Plaintiff experienced, and continues to experience, anger, frustration, embarrassment, emotional distress, depression and anxiety.

## IV. CAUSE OF ACTION

12. Defendant, acting through its agents and employees, did not promote Plaintiff because of her age, in violation of the Age Discrimination in Employment Act, 29 U.S.C. 621, et seq.

13. Defendant, acting through its agents and employees intentionally caused Plaintiff to experience anger, frustration, embarrassment, emotional distress, depression and anxiety.

## V. RELIEF

14. **WHEREFORE**, Plaintiff prays the Court:

a. Enter declaratory judgment that the aforementioned facts and practices of the Defendant are in violation of the Constitution and laws of the United States and of the State of Louisiana.

b. Enter judgment in favor of Plaintiff, and against Defendant, finding that Defendant, acting through its agents and employees (1) failed to promote Plaintiff to the position of assistant manager because of her age.

c. Enter judgment in favor of Plaintiff, and against Defendant awarding special, general, compensatory and punitive damages.

d. Enter judgment of injunctive relief, enjoining the Defendant from further acts of discrimination.

e. Enter judgment declaring that the Plaintiff has been subjected to unlawful discriminatory

practices and is due the promotion to assistant manager and back pay.

f.   Enter judgment for the costs of prosecuting this action and attorneys fees and for all other equitable, legal and just relief.

### VI. JURY TRIAL

15.   Plaintiff requests trial by jury as to all issues so triable.

**WHEREFORE**, Plaintiff, DEBRA MICKENS prays that Defendant, MORAN FOOD, LLC, be duly  cited to appear and answer this Complaint and Jury Demand and after due proceedings and legal delays, there be judgment herein in favor of Plaintiff and against Defendant, as detailed in the foregoing Complaint and Jury Demand and in an amount reasonable in the premises together with legal interest from date of judicial demand, and all costs of these proceedings, reasonable attorney's fees, punitive damages and any and all equitable relief deemed appropriate by this Honorable Court under the circumstances.

Respectfully submitted,

**LAW OFFICE OF DANTE J. BUTLER**

/s/ *Dante J. Butler*

_____
DANTE J. BUTLER (LSBA No. 33753)
1615 Poydras St., Suite 900
New Orleans, LA 70112
Office: (504) 648-67144
Fax: (504) 648-6701
dbutler.lawfirm@gmail.com

**Attorney for Plaintiff**

**SERVICE**
**Moran Food, LLC**
**3867 Plaza Tower Dr.**
**Baton Rouge, LA 70816**